IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | C.A. No. 1:20-cv-00056-UNA |
| v. | ) | |
| | ) | |
| REFLEXIS SYSTEMS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
REFLEXIS SYSTEMS, INC.**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal
Rules of Civil Procedure, hereby provides notice that it dismisses WITHOUT prejudice all
claims by Plaintiff against Defendant Reflexis Systems, Inc. Each party shall bear its own costs,
expenses, and attorneys' fees.

Dated: March 3, 2020                  Respectfully submitted,

                                      */s/Stamatios Stamoulis*
                                      Stamatios Stamoulis (#4606)
                                      Stamoulis & Weinblatt LLC
                                      800 N. West Street, Third Floor
                                      Wilmington, DE 19801
                                      (302) 999-1540
                                      stamoulis@swdlaw.com

                                      *Attorney(s) for Plaintiff Symbology
                                      Innovations, LLC*

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 3, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE